IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00115-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -6 2009

GREGORY C. LANGHAM
                    CLERK

JACQUES PIERRE WARD,

Plaintiff,

v.

SUSAN JONES, CSP Warden, in her individual and official capacities,
LARRY REID, Former CSP Warden, in his individual and official capacities,
ANGEL MEDINA, CSP Associate Warden, in his individual and official capacities,
MAJOR DAVIS, CSP Custody/Control Manager, in his individual and official capacities,
PHIL MONDRAGON, CSP Correctional Officer, in his individual and official capacities,
OFFICER QUINTANA, CSP Correctional Officer, in her individual capacity,
MAJOR TOM MEEKS, CCF Custody/Control Manager, in his individual capacity,
SERGEANT KEVIN CRUTCHER, CSP Correctional Officer, in his individual capacity,
SERGEANT SIMMS, CSP Correctional Officer, in his individual capacity,
SERGEANT AMY ROSS, CSP Correctional Officer, in her individual capacity,
SERGEANT PADILLA, CSP Correctional Officer, in his individual capacity,
SERGEANT MICHELLE TAYLOR, CSP Correctional Officer, in her individual capacity,
OFFICER VIGIL, CSP Correctional Officer, in her individual capacity,
SERGEANT TRUJILLO, CCF Correctional Officer, in her individual capacity,
OFFICER JOHN ANTHONY ANAYA, Correctional Officer, in his individual capacity,
OFFICER MARTINEZ, CSP Correctional Officer, in his individual capacity,
LIEUTENANT SHAWNA TROXEL, CSP Investigating Officer, in her individual capacity,
OFFENDER ORTIZ, CSP Inmate, in his individual capacity,
SERGEANT CROSS, CSP Intel Officer, in his official and individual capacities,
SERGEANT DENT, CSP Intel Officer, in his official and individual capacities,
LIEUTENANT WILL, CSP Correctional Officer, in her individual capacity,
LIEUTENANT PRYOR, CSP Correctional Officer, in her individual capacity,
ARISTEDES W. ZAVARAS, C.D.O.C. Exec. Director, in his official and individual
    capacities, and
LIEUTENANT MARK MATHEWS, in his individual capacity,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "FRE 201(d) Motion for Judicial Notice" filed on April 3, 2009, is DENIED as moot. Plaintiff's "Fed. R. Civ. P. 15 Motion for Leave to Amend Civil Complaint" filed on April 3, 2009, is DENIED as moot because the court has entered an order on April 2, 2009, directing Plaintiff to file an amended complaint. The document

titled "Amendment to Complaint and List of Amended Claims" filed on April 3, 2009, will not be considered because it is not filed on the proper form and does not comply with the pleading requirements of Fed. R. Civ. P. 8 as directed in the court's April 2 order.

Dated: April 6, 2009

Copies of this Minute Order mailed on April 6, 2009, to the following:

Jacques Pierre Ward
Prisoner No. 80524
Centennial Corr. Facility
PO Box 600 - Unit A2-2-3
Cañon City, CO 81215- 0600

Secretary/Deputy Clerk